737 A.2d 249

Eugene M. ROMAH and Mary Lou Romah, his wife

v.

HYGIENIC SANITATION COMPANY, a corporation
and the Dow Chemical Company, a corporation.

Appeal of the Dow Chemical Company, a corporation.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1999.

Decided Oct. 4, 1999.

George E. Yokitis, Pittsburgh, Mindy J. Shreve, Philadelphia, Dean T. Barnhard, Indianapolis, IN, for Dow Chemical.

Thomas M. Castello, Pittsburgh, for the Romahs.

James F. Israel, James A. McGovern, Pittsburgh, for Hygenic Sanitation Co.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Order affirmed.